AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Angel MARTINEZ 1994<br><br>*Defendant(s)* | Case No. 7:18mj 1256 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 12 kilograms of cocaine |
| 21 U.S.C. § 846 | conspiracy to possess with the intent to distribute approximately 12 kilograms of cocaine |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Heidi Bridges, HSI Special Agent
*Printed name and title*

approved by
AUSA [signature]

Sworn to before me and signed in my presence.

Date: 6/14/18, @ 7:20 a.A.

_____
Judge's signature

City and state: __McAllen, Texas__

U.S. Magistrate Juan Alanis
*Printed name and title*

On June 13, 2018, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a duty call from the U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) at the Pharr, Texas Port of Entry. Angel MARTINEZ attempted to enter the United States from the United Mexican States with approximately 12 kilograms of cocaine concealed in a non-factory compartment located in the rocker panels of a 2006 Ford Fusion.

Earlier that same day, MARTINEZ arrived at the vehicle inspection lane at the Pharr Port of Entry in a 2006 Ford Fusion displaying Texas license plate DNH 1293. During the primary inspection, CBPO O. Cantu obtained a negative declaration for narcotics from MARTINEZ. MARTINEZ stated he owned the vehicle. MARTINEZ had an outstanding warrant for his arrest and was referred for a secondary inspection.

During the secondary inspection, CBPO E. Gomez obtained a second negative declaration from MARTINEZ for narcotics. The vehicle was sent for a non-intrusive inspection of the vehicle. During the inspection CBPO O. Cantu observed anomalies inside the rocker panels of the vehicle. Canine Enforcement Officer J. Hernandez searched the vehicle and received an alert to the odor of narcotics from his assigned canine "Vegron". HSI Special Agent (SA) H. Bridges advised CBPOs to remove the contraband from the vehicle rocker panels, which resulted in the seizure 12 kilograms of cocaine.